IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LACARVIA DARNELL GAMBLE,

        Plaintiff,

v.                                                                          3:10cv374-WS

MR. HANNON,

        Defendant.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation docketed November 24, 2010. See Doc. 9. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed as malicious. The plaintiff has filed objections (doc. 10) to the magistrate judge's report and recommendation.

The magistrate judge bases his recommendation to dismiss the case upon the plaintiff's having abused the judicial process by not providing the court with complete responses regarding his previous lawsuits. As noted by the magistrate judge, the plaintiff failed to disclose two prior cases, one filed in 2000 and one filed in 2009. While the plaintiff has explained that his memory failed him as to the earlier case, he has provided no adequate explanation for his failure to disclose the mandamus action that he initiated in 2009 in the Middle District of Florida.

Having reviewed the magistrate judge's report and recommendation in light of the plaintiff's objections, the court has determined that the report and recommendation

should be adopted.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference in this order of the court.

    2.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE based on the plaintiff's abuse of the judicial process.

    3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___27th___ day of ___January___, 2011.

                                    s/ William Stafford  
                                    WILLIAM STAFFORD  
                                    SENIOR UNITED STATES DISTRICT JUDGE